# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

T. MARK WHITNEY, et al.,

            Plaintiffs,

vs.

ACCESSIBLE SPACE, INC., et al.,

            Defendants.

Case No. 2:12-cv-00341-GMN-PAL

**ORDER**

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered March 1, 2012, regarding removal of this case to federal district court. On March 19, 2012, Defendant Accessible Space, Inc. filed a signed Statement (Dkt. #5) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., April 25, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 11th day of April, 2012.

_____
Peggy A. Leen
United States Magistrate Judge