Stephen A. Bowers, Esq. SBN 7613
LAW OFFICE OF STEPHEN A. BOWERS
112-A N. Third Street
Las Vegas, NV 89101
702) 898-4545
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| T. MARK WHITNEY, an individual, SHARON WHITNEY, an individual, CHASE WHITNEY, an individual, <br><br> Plaintiffs, <br> v. <br><br> ACCESSIBLE SPACE, INC., a Minnesota corporation; DEBBIE MOLINE, an individual, DINA TITUS ESTATES, an unknown business entity; DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; DAVID NEILSON, an individual; and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No.:2:12-cv-00341-MMD-PAL <br><br> The Honorable Judge Miranda M. Du <br><br> AGREED NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS BY ANY AND ALL PLAINITFFS |

T. MARK WHITNEY, SHARON WHITNEY and C.W. (a minor) serve this agreed Notice of voluntary dismissal, with prejudice, on Defendant, ACCESSIBLE SPACE, INC. as follows:

1. T. MARK WHITNEY, SHARON WHITNEY and C.W. (a minor) have settled all Claims, in exchange for a waiver of costs and in exchange for a monetary sum in the amount of $25,000 payable solely to T. MARK WHITNEY.

2. All parties in this case have agreed with this Notice and stipulate, by their signatures below, that all Claims, against defendant, ACCESSIBLE SPACE, INC., should be dismissed without prejudice, with each party to bear its own costs and attorney fees.

AGREED NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS BY ANY AND ALL PLAINITFFS

1

3.     All parties in this case also stipulate, by their signature below, that no sanctions shall be sought against the parties or their attorneys as a result of this dismissal.

**WHEREFORE**, Plaintiffs, T. MARK WHITNEY, SHARON WHITNEY and C.W. (a minor), respectfully request this Court to dismiss, with prejudice, all Causes of Action, of all Plaintiffs, against Defendant ACCESSIBLE SPACE, INC. from this action.

Signed: _____  Date: 21 OCT. 13
Attorney for T. MARK WHITNEY, SHARON WHITNEY
And C.W. (a minor)

Signed: _____  Date: 10/24/13
Attorney for ACCESSIBLE SPACE, INC.

IT IS SO ORDERED.

_____
U.S. District Judge

Dated: October 25, 2013

AGREED NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS BY ANY AND ALL PLAINITFFS
2